**FILED**

**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**08 C 1419**

RIDWAN H. OMAR                    )
A047-810-050                      )
                                  )
            Plaintiff,            )
v.                                )
                                  )
Ruth A. Dorochoff, District       )
Director of the USCIS,            )
Department of Homeland            )    **PETITION FOR WRIT OF MANDAMUS**
Security; Michael Chertoff,       )
Secretary, Department of          )    **JUDGE NORDBERG**
Homeland Security; Peter D.       )    **MAGISTRATE JUDGE VALDEZ**
Keisler, Acting Attorney          )
General, U.S. Department of       )    No.
 Justice                          )
&                                 )
                                  )
Robert S. Mueller,                )
Director, Federal Bureau of       )
Investigation                     )
                                  )
            Defendants            )

## INTRODUCTION

Plaintiff, by his undersigned attorney, complaining of Defendants, allege as follows:

1. This is an action for declaratory and mandatory relief, authorized by 28 U.S.C. §1361, the mandamus statute; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §702, the Administrative Procedure Act, ("APA").

2. This action seeks to compel the Chicago USCIS District Office of the Department of Homeland Security ("DHS") to adjudicate Plaintiff, Ridwan Omar's Form N-400 Application for Naturalization which was filed on July 11, 2006 and has been pending now for over 20 months.

## JURISDICTION AND VENUE

3. This court has jurisdiction over the present action pursuant to 28 U.S.C. §1331, the mandamus statute; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701 *et seq*., the Administrative Procedure Act, ("APA").

4. Venue is proper in this court, pursuant to 28 U.S.C. §1391(e) in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

### PARTIES

5. Plaintiff, Ridwan Omar, is a citizen and national of Somalia. Plaintiff resides in Chicago, Cook County, Illinois within the jurisdiction of this Court.

6. Any named defendant is sued in his official capacity only.

7. Ruth A. Dorochoff, the Defendant herein, is the District Director of the United States Citizenship and Immigration Services (USCIS) and is sued herein in her official capacity. Defendant is responsible for the grant or denial of naturalization applications filed within the Chicago USCIS District Office. Although Plaintiff initially filed his naturalization application with St. Paul USCIS District Office, he subsequently moved to Chicago and notified USCIS about the change of address. Therefore, Plaintiff's naturalization application is currently under jurisdiction of the Chicago USCIS District Office. The Federal Bureau of Investigation ("FBI") is named as a party to this action because they conduct a name/security check for the DHS as part of the application process.

### FACTUAL ALLEGATIONS

8. Plaintiff was granted his permanent residency on March 19, 2001. *See* Exhibit 1.

9. On July 11, 2006, Plaintiff filed an Application for Naturalization with USCIS (LIN*000929668). *See* Exhibit 2.

10. Since Plaintiff did not hear anything from USCIS with regards to his naturalization application, in August 2007 he made an inquiry to the USCIS with regards to the status of his naturalization application. *See* Exhibit 3. The response received August 29, 2007 indicated that USCIS could not proceed with the adjudication of the application due to the pending FBI background check. *See* Exhibit 4.

11. On March 10, 2008, Plaintiff made an online inquiry at the USCIS web-site regarding status of his naturalization application and was informed that the case is still pending. *See* Exhibit 5.

## LEGAL BASIS

12. Mandamus is proper if: (1) the Plaintiff can show a clear right to the relief sought; (2) the Defendants have a clear, non-discretionary duty to act; and (3) no other remedy is available. *Blaney v. United States, 34 F.3d 509, 513 (7th Cir. 1994).*

13. Federal immigration law allows persons who have been residing in the United States as lawful permanent residents to become U.S. citizen through a naturalization process. A person seeking to naturalize has to submit an application for naturalization and meet certain statutory eligibility requirements including a sufficient period of physical presence and good moral character. *8 U.S.C. § 1427(a).* Plaintiff maintains that he meets all statutory requirements for eligibility for citizenship.

14. Once application for naturalization is submitted, USCIS is required to conduct examination of application. *8 U.S.C. § 1446(a)&(b).* To this end, USCIS officer schedules a naturalization interview during which USCIS officer shall determine whether to grant or deny the naturalization application. *8 U.S.C. § 1446(b)&(d).* Up to date no such interview has been scheduled for the Plaintiff.

15. The adjudication of plaintiff's application for naturalization is a non-discretionary ministerial act that the USCIS has a duty to accomplish in a reasonably timely fashion. Plaintiff's application for naturalization has been pending for more than 20 months since the time of filing.

16. The FBI has a non-discretionary ministerial duty to complete the background check for plaintiff in a reasonably timely fashion.

17. In addition, the continuing failure of the defendants to adjudicate Plaintiff's application for citizenship violates the Administrative Procedures Act ("APA"), which requires federal agencies to conclude matters with reasonable promptness (It is the sense of Congress that the processing of an immigration benefit application should be completed not later that 180 days after the initial filing of the application…") *8 U.S.C. §1571, see 5 U.S.C. §555(b).* Under the APA, 5 U.S.C. §706(1), this Court has the power to compel agency action unlawfully withheld or unreasonably delayed.

18. Currently, the Chicago USCIS District Office is processing N-400 applications for received as recently as July 2007, more than a year after it received Plaintiff's application. Defendants have failed to properly adjudicate Plaintiff's application for citizenship in a timely manner. It is imperative that Plaintiff's application be adjudicated as soon as possible, because the delay by the DHS and FBI is unreasonable, and the Plaintiff is precluded from enjoying the rights and responsibilities of being a Citizen of the United States due to agency inaction.

19. Plaintiff has no other adequate remedy for the agency failure to complete and adjudicate the application for citizenship.

20. Plaintiff desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a Citizen of the United States.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests that the Court issue a writ directing the defendants to do the following:

1. Order DHS to adjudicate plaintiff's application for naturalization;

2. Grant Plaintiff his reasonable attorney fees and costs of this action;

3. Grant such further relief as is just and equitable.

Respectfully submitted,

MARK S. DAVIDSON
Attorney for Plaintiff

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

## PERMANENT RESIDENT CARD

NAME OMAR, RIDWAN H



INS A# 047-810-050

Birthdate    Category    Sex
10/08/71      DV1        M

Country of Birth
Somalia

CARD EXPIRES 05/16/12

Resident Since 03/19/01

```
C1USA0478100502LIN0214450520<<
7110081M1205167SOM<<<<<<<<<<<3
OMAR<<RIDWAN<HIRSI<<<<<<<<<<<<
```

EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, No

# THE UNITED STATES OF AMERI

| Receipt | NOTICE DA |
| --- | --- |
| | July 18, |

| CASE TYPE | USCIS A# |
| --- | --- |
| N400    Application For Naturalization | A 047 8 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| --- | --- | --- | --- |
| LIN*000929668 | July 11, 2006 | July 11, 2006 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

RIDWAN HIRSI OMAR
# G226
419 CEDAR AVE SOUTH
MINNEAPOLIS MN  55454

PAYMENT INFORMATION:

Single Application Fee:
Total Amount Received:
Total Balance Due:

The above application has been received by our office and is in process. Our records indicate your personal inform
follows:

Date of Birth:            October 08, 1971
Address Where You Live:   419 CEDAR AVE SOUTH # G226
                          MINNEAPOLIS MN 55454

*Hooyo faadum*
*25125771/0300*

Please verify your personal information listed above and immediately notify our office at the address or phone numb
if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS offic
expect to be notified within 365 days of this notice.

EXHIBIT 2

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or custome
You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS Nation
Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit USCIS at **www.uscis.gov**.  There you can find valuable information about forms and filing i

Bureau of Citizenship and Immigration Services
2901 Metro Drive, Suite # 100
Bloomington, MN  55425
Attn:   Exams

2007 AUG

***Inquiry***
Inquiry & Address Change
Address Change Only
***Please provide any information about my Oath Ceremony for my N400 case***

Type of Application:  (Check all that apply)

I-485   I-130   I-765   I-751   *N-400*        N-336  N-600  N-643  I-821/TPS      Or

Please complete the following:
Alien Registration Number:      047-810-050

Date of Birth         10/08/1971

Receipt Number:   LIN*000929668.

Date Filed:     Priority Date: JULY 11, 2006

Inquiry: (Check all that apply)
          [x] What is the status?          [x] How much longer until a final decision?
          [x] Is anything else needed?   [ ] Was the requested information received?

Other:   I Passed my Interview 0n March 2007, and I`M still waiting for my Oath
ceremony,
          PLEASE  RESPOND TO MY INQUIRY AS SOON AS POSSIBLE
             SERVICE RESPONSE:  (DO NOT WRITE IN THIS AREA)

***Please complete the following box:***
Name:   RIDWAN HIRSI OMAR

Address 419 CEDAR AVE. S. Apt. G226
Minneapolis, MN 55454

SSN#:  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

Home Phone # (773)701-0933          EXHIBIT 3

U.S. Department of Homel
P.O. Box 87400
Lincoln, NE 68501-7400



U.S. Citizenship
and Immigratic
Services

August 29, 2

RIDWAN HIRSI OMAR
419 CEDAR AVE S      APT G 226
MINNEAPOLIS MN 55454

Dear Sir;

**RE: Application for Naturalization, Form N-400**
      **File Number: A047 810 050**
      **Receipt Number: LIN*000929668**

Thank you for your inquiry regarding your Application for Naturalization, Form N-400.

Our information shows that the background investigation conducted by the Federal Bureau of Inv
(FBI) for you, has not yet been completed. We may not proceed with the adjudication of the appl
petition until the FBI completes their process and our records are updated with the results. It is un
time period it takes for the results to be electronically submitted to USCIS and updated in our nati
records.

In order to fulfill its mission to provide immigration benefits and services to the public, USCIS m
its obligations to the individual against its obligations to the public as a whole. While we strive to
applications timely and fairly, we must also ensure that our policies and procedures will safeguar
Consequently, we have adopted background security check procedures that address a wide range
risk factors, requiring various levels of scrutiny based on the type of application under considerati

Please be assured that every case that is pending a background investigation is checked weekly fo
keep the adjudication process ongoing and timely. Again, it is difficult to predict with accuracy v
clearance will be updated in our records. Please be assured that every effort is being made to ren
decision in a timely manner.

We thank you for your understanding and patience.

Sincerely,

F. Gerard Heinauer
Acting Director

EXHIBIT 4

# Case Status Search

Receipt Number:    LIN*000929668

Application Type:    N400, APPLICATION FOR NATURALIZATION

Current Status:
Case received and pending.

On July 11, 2006, we received this N400 APPLICATION FOR NATURALIZATION, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

_____

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

EXHIBIT 5