UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RIDWAN H. OMAR,<br>A047-810-050, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | No.  08 C 1419 |
| RUTH A. DOROCHOFF, District Director of the USCIS, Department of Homeland Security; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; PETER D. KEISLER, Acting Attorney General, U.S. Department of Justice and ROBERT S. MUELLER, Director, Federal Bureau of Investigation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Judge Nordberg |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Joan Laser
     JOAN LASER
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-1857