| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   Date of Delivery: APR 19 2008 |
| 1. Article Addressed to:<br><br>Michael Chertoff, Secretary<br>Department of Homeland Security<br>c/o Office of General Counsel<br>Washington, DC 20528<br><br>*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY* | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered     ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0004 0926 8225 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540