**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Doyle  US ATTY_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

_T DOYLE_    _3-27-08_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7006 0810 0004 0926 8188

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540